```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 10734
   LENNARD ROBERTS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9676

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 08/05/2008 and was not confirmed.

    The case was dismissed without confirmation 12/10/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
KAREN R GOODMAN            ADMINISTRATIV   NOT FILED           .00            .00
BEACON LOFTS CONDO ASSN    SECURED NOT I   NOT FILED           .00            .00
CD BANC LLC                SECURED NOT I   NOT FILED           .00            .00
COUNTRYWIDE                SECURED NOT I   NOT FILED           .00            .00
BENEFICIAL                 UNSECURED       NOT FILED           .00            .00
CITIBANK STUDENT LOAN      UNSECURED       NOT FILED           .00            .00
LEVENFIELD PEARLSTEIN      UNSECURED       NOT FILED           .00            .00
LIBERTY CAPITAL            NOTICE ONLY     NOT FILED           .00            .00
BECKER AND BECKER          DEBTOR ATTY           .00                          .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                        3,370.76

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                3,370.76

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                    3,370.76
                       --------------          --------------
TOTALS                 3,370.76                  3,370.76




            PAGE  1 - CONTINUED ON NEXT PAGE
   CASE NO. 08 B 10734 LENNARD ROBERTS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 08 B 10734 LENNARD ROBERTS